FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2016 OCT 13  PM 2: 24

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JAMES T. COSTELLO,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION;  FEDERAL HOUSING FINANCE AGENCY, conservator for FEDERAL NATIONAL MORTGAGE ASSOCIATION;  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS;  and NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | CIVIL ACTION 3:16-cv- 1706 (VAB)<br><br><br><br><br><br>October 13, 2016 |

## MOTION TO PARTICIPATE IN ELECTRONIC FILING

I, James T Costello, am a plaintiff in this civil action. I have filed an appearance as a pro se litigant. I hereby request permission to file electronic documents. In so doing, I consent to the court and opposing parties using my email address as listed below, for the purpose of sending me electronic notification of orders, notices and other documents which are filed in my case. I understand hard copies will no longer be issued by the court or opposing parties. I have completed the court's required training class on electronic filing for pro se litigants. I have used the court's electronic filing system since 2013 in previous district court litigation and, therefore, I am an experienced user of the court's electronic filing. I certify I comply with the following requirements:

1

§ ¶

1. A computer with access to the Internet.

2. Internet Explorer (Version 6 or greater) or Mozilla Firefox (any version).

3. Adobe Reader (Version 7 or greater).

4. Ability to create searchable PDF files.

PLAINTIFF

*/s/ James T. Costello*

James T Costello, self-represented
408 Bar Harbour Road
Stratford CT 06614
tel/fax   203 386 0171
email    jamescostello05@hotmail.com