UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2016 OCT 13  PM 2: 24

US DISTRICT COURT
BRIDGEPORT CT

CIVIL ACTION 3:16-cv- 1706 (VAB)

JAMES T. COSTELLO,

　　　　　Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, conservator for FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and NATIONSTAR MORTGAGE, LLC,

　　　　　Defendants.

October 13, 2016

## CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

Plaintiff James T. Costello hereby consents to the Court using my email address s listed below for the purpose of sending me notification of orders and notices issued by the Court. Plaintiff hereby consents to opposing parties using my email address s listed below for the purpose of sending me papers filed with the court. In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so court records will be updated.

　　　　　　　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　　　　　　　　　　　　　_James T. Costello_

　　　　　　　　　　　　　　　　　　　　James T Costello, self-represented
　　　　　　　　　　　　　　　　　　　　408 Bar Harbour Road
　　　　　　　　　　　　　　　　　　　　Stratford CT 06614
　　　　　　　　　　　　　　　　　　　　tel/fax   203 386 0171
　　　　　　　　　　　　　　　　　　　　email    jamescostello05@hotmail.com

1