FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2016 OCT 13 PM 2: 54

US DISTRICT COURT
BRIDGEPORT CT

CIVIL ACTION 3:16-cv- 1706 (VAB)

JAMES T. COSTELLO,

    Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, conservator for FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and NATIONSTAR MORTGAGE, LLC,

    Defendants.

October 13, 2016

## APPEARANCE

Please enter the following appearance for plaintiff, James T Costello.

James T Costello, self-represented
408 Bar Harbour Road
Stratford CT 06614
tel/fax 203 386 0171
email  jamescostello05@hotmail.com

PLAINTIFF

*James T. Costello* (signature)

James T Costello, self-represented
408 Bar Harbour Road
Stratford CT 06614
tel/fax   203 386 0171
email    jamescostello05@hotmail.com

1