UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES T. COSTELLO,<br><br>                    Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., FEDERAL HOUSING FINANCE AGENCY, conservator for FEDERAL NATIONAL MORTGAGE ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and NATIONSTAR MORTGAGE LLC,<br><br>                    Defendants. | Civil Action No. 3:16-cv-1706-VAB<br><br><br><br>November 7, 2016 |

## NOTICE OF APPEARANCE

David M. Bizar, of the law firm Seyfarth Shaw LLP, hereby enters his appearance in this action on behalf of Defendant Wells Fargo Bank, N.A.

                                            Respectfully submitted,

                                            WELLS FARGO BANK, N.A.,

                                            By its attorney,

                                            */s/ David M. Bizar*
                                            David M. Bizar (CT20444)
                                            Seyfarth Shaw LLP
                                            World Trade Center East
                                            Two Seaport Lane, Suite 300
                                            Boston, MA 02210-2028
                                            Telephone: (617) 946-4874
                                            Telecopier: (617) 790-5368
                                            dbizar@seyfarth.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2016 a copy of the foregoing document was filed electronically through the Court's CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

      */s/ David M. Bizar*
      David M. Bizar