UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES T. COSTELLO,<br><br>     Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., FEDERAL HOUSING FINANCE AGENCY, conservator for FEDERAL NATIONAL MORTGAGE ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and NATIONSTAR MORTGAGE LLC,<br><br>     Defendants. | Civil Action No. 3:16-cv-1706-VAB<br><br><br><br>November 7, 2016 |

**DEFENDANT WELLS FARGO BANK, N.A.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") files its Corporate Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure as follows:

Wells Fargo Bank, N.A. is a National Association federally chartered with the Office of the Comptroller of Currency of the United States Department of the Treasury. Wells Fargo Bank, N.A.'s main office, as set forth in its articles of association, is located in Sioux Falls, South Dakota. Wells Fargo Bank, N.A. is a wholly owned subsidiary of Wells Fargo & Company. Berkshire Hathaway, Inc. is a publicly held corporation that owns 10 percent or more of Wells Fargo & Company's stock.

Wells Fargo & Company is a corporation organized under the laws of Delaware and a financial holding company registered under the Bank Holding Company Act of 1956, as

amended.  It is a public company traded on the New York Stock Exchange under the trading symbol WFC.

        Respectfully submitted,

        WELLS FARGO BANK, N.A.,

        By its attorney,

        */s/ David M. Bizar*
        David M. Bizar (CT20444)
        Seyfarth Shaw LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        Telephone: (617) 946-4874
        Telecopier: (617) 790-5368
        dbizar@seyfarth.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2016 a copy of the foregoing document was filed electronically through the Court's CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

        */s/ David M. Bizar*
        David M. Bizar