UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES T. COSTELLO,<br><br>                Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br>FEDERAL HOUSING FINANCE<br>AGENCY, conservator for FEDERAL<br>NATIONAL MORTGAGE<br>ASSOCIATION, MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, and NATIONSTAR<br>MORTGAGE LLC,<br><br>                Defendants. | Civil Action No. 3:16-cv-1706-VAB<br><br><br><br><br><br><br><br>November 7, 2016 |

ASSENTED-TO MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 7(b)(1)(a) of the Local Civil Rules of the United States District Court for the District of Connecticut, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), respectfully moves this Court for an initial extension of time of thirty (30) days to answer or otherwise respond to the Complaint filed by James T. Costello ("Plaintiff"), up to and including December 7, 2016.

According to the docket, Wells Fargo's responsive pleading is currently due on or before November 7, 2016. (Dkt. No. 9.) Undersigned counsel's office conferred with Plaintiff regarding this motion by email and he consented to the requested extension. This is Wells Fargo's first request to extend its time to file a response to the Complaint.

This is an action stemming from conduct that allegedly occurred prior to and during a foreclosure action, *Wells Fargo Bank, N.A. v. Costello, James T. et al.*, Superior Court for the Judicial District of Waterbury at Waterbury, Connecticut, Docket No. NNH-CV15-028725-S. The undersigned counsel was not Wells Fargo's lawyer in the foreclosure action. Counsel requests the additional time to properly investigate Plaintiff's claims.

WHEREFORE, Defendant Wells Fargo Bank, N.A. respectfully requests that the deadline for its responsive pleading be enlarged by thirty days, up to and including December 7, 2016.

Respectfully submitted,

WELLS FARGO BANK, N.A.,

By its attorney,

 /s/ David M. Bizar
David M. Bizar (CT20444)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4874
Telecopier: (617) 790-5368
dbizar@seyfarth.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016 a copy of the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ David M. Bizar
David M. Bizar